**Exhibit A to the Complaint**

**Location:** Grove City, OH  **IP Address:** 65.185.153.16
**Total Works Infringed:** 27  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8A238DAD4C9213B1989EB065D735C3C915510CD4<br>File Hash:<br>6ED7593CA339AE35B9149B9449A7C6B83403B7BF528725AAB9915AAC2F9323B7 | 12/11/2024<br>21:37:42 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 2 | Info Hash: FE34E2F27E95EFA9D0EA870879412810DF778386<br>File Hash:<br>30FD8BD20F3AE9AB368386E316FAC5B46C67A853BE90BCD35FF2C497B1C645C8 | 12/09/2024<br>01:10:28 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |
| 3 | Info Hash: BEB812D5E5B26451FEE2EEF4436C2B3448F5E362<br>File Hash:<br>DA9F991B751C85136DCFC98B49228E4803AAB24A3879D002F49E129A9C91E901 | 12/03/2024<br>02:34:06 | TushyRaw | 11/26/2024 | 12/13/2024 | PA0002506324 |
| 4 | Info Hash: D9933FBE225465D5C7864BF1ABDFB4938D30F779<br>File Hash:<br>C11A7C3AAD372B0D07BD7F87260FB134241EF26FF29FF3347F7FAFD898CFD6D0 | 12/03/2024<br>02:12:47 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 5 | Info Hash: 3E81A5A4D52982EFE9C1D60F2DDE432EABA598A6<br>File Hash:<br>DB9560CF91F16F4CAB9DADB987CDB914E621DB37AE91BBE4904A9ECCCDEF6122 | 11/24/2024<br>15:12:01 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 6 | Info Hash: 8775629B33FAA1F4D5323C345071497465011C49<br>File Hash:<br>5A6C04CC2A78A20E2E9A5A0EC9CECB061A390D93E5A12783CEA318FC5FBDBA75 | 11/24/2024<br>14:06:48 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 7 | Info Hash: CE69B0498B56E9457E00DA7DD5D90B0D88DED0B7<br>File Hash:<br>EA2681ADDF34B1B35A0007FED236500DF9C863EF94010C893754EAEA98B81EEF | 11/24/2024<br>13:09:37 | Blacked Raw | 11/18/2024 | 12/13/2024 | PA0002506266 |
| 8 | Info Hash: 4ECD3E0F012BA169543E6C654FE552BE2123587A<br>File Hash:<br>97DD6E64A4406A0462409DAC4DE979B7210429E7B6C43A9CC8AAF28E72675E57 | 11/24/2024<br>12:49:48 | Tushy | 11/17/2024 | 12/13/2024 | PA0002506267 |
| 9 | Info Hash: 67D1539C7FE2E2B7DBA835181A3AC7F28D182C66<br>File Hash:<br>4B1BAB24EB231BDF2DA4E53C33EADB1B72F3A4389899926D9385DB9A0917FB7D | 11/24/2024<br>04:00:13 | TushyRaw | 11/12/2024 | 11/18/2024 | PA0002500906 |
| 10 | Info Hash: EEAEB1005B5A04B7AA0A7CC7B008EB97DC35E187<br>File Hash:<br>B0F7DD986B74015F7B244AEFAF4C797268C29A29689386E85CDC70038A3C120B | 11/24/2024<br>02:59:08 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |
| 11 | Info Hash: 8F9C6C38E28265A58EB1CC05BECED5CE725DDD1B<br>File Hash:<br>04FFCE41B587FDD5A3BFB3AE83D302E0EE4D30096588A3681E1E3323AE73D064 | 11/24/2024<br>01:53:52 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5329C185F2820CBD92C63244C441886673EA26D5<br>File Hash: BC9172C91B5A057106463F62759BAD7BF5F4F9448683AC26F9A86F8E6FD8E6C2 | 11/23/2024 23:19:18 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 13 | Info Hash: 9FB8ED012AE6FF7409445447D65266A6F86D4D44<br>File Hash: 045235F800242527D4204138DD7D7E20CC38720F0825E24DE8D87F57BB6EA3D5 | 11/23/2024 23:13:05 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 14 | Info Hash: 2D8479FAA98AA2B259AB7AE75229FDD6B303CA2A<br>File Hash: 7576B101DF917EB300B9FEA74D70BC6982A81495F8310CF10EDEDEE322BBEDB7 | 11/23/2024 22:49:30 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 15 | Info Hash: 1950F45018EE6506C08C44869EE8AF468A1AE43A<br>File Hash: 1B592C7934B400FD3F2A7707A6DD1D837B11D3409FE5A5037B2788B049290DEE | 11/18/2024 00:21:28 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 16 | Info Hash: EC0EB8AB09F33E5432D6BDFD29C874E8DEC690A3<br>File Hash: 3345A0A45A5D70EB7B9B236D8B0C80A602EBAB2B3A294FD5A8B2D5136991CDBE | 11/17/2024 23:27:05 | Blacked Raw | 11/11/2024 | 11/18/2024 | PA0002500967 |
| 17 | Info Hash: 38BE2D359149E93053ABF59C1F1950717AAA25F8<br>File Hash: D43CCE29299559D565580E5A63C90D34527FFE713A81DFF65CEE64BBA929D274 | 11/11/2024 06:07:12 | Blacked | 10/30/2024 | 11/18/2024 | PA0002501014 |
| 18 | Info Hash: C2A2004B406110403C734C96153AF361C291FA0F<br>File Hash: DEDC499D65A3A125A57D8422D7352F6CE878DCDAEDD17D617F4042DF2CCDA74B | 11/10/2024 20:29:43 | TushyRaw | 11/05/2024 | 11/18/2024 | PA0002500900 |
| 19 | Info Hash: C884F4B8CEDBD4685E5F4ED628A560507973AD66<br>File Hash: FA346057517239B1EC0E5516CC3DA1532C56CBF74FFE78A8754144BC0841D83A | 10/30/2024 19:40:26 | Blacked Raw | 10/28/2024 | 11/18/2024 | PA0002501005 |
| 20 | Info Hash: 7A55C27100E20713485A71A6408CB698F3FF5730<br>File Hash: 996B511E4E702F82A1799C62BB4BF1CBFAB131FC6384F610B4556C22A7ECB873 | 10/30/2024 17:46:50 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 21 | Info Hash: 79C22BD7137E632CC97854D832C048412AABAB12<br>File Hash: BDE688B42A343073739422DFC6520E1C97728C9712F5CA418D9644EFDA14B482 | 10/30/2024 16:37:47 | TushyRaw | 10/29/2024 | 11/18/2024 | PA0002500903 |
| 22 | Info Hash: 8EA76079BEF9B1E7B0EFA5E1312748E1FE9B0E79<br>File Hash: EDBE5FD796CE110734BEE90332037D93A49030CB319BA6024169A57BDC6E017E | 10/30/2024 16:14:10 | Blacked Raw | 10/21/2024 | 11/18/2024 | PA0002500997 |
| 23 | Info Hash: D064E8F49ADCEEFF5239D82E41C04DD737E3E430<br>File Hash: F00685D3011EEBDF9B5B1946EFB8C6D488DC7425212049E22CE93D9EDE2F6686 | 10/26/2024 12:14:55 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A9D09FCE698FEDF1930C54862D135D10F9365B7D<br>File Hash:<br>44126F13EFD0FEDD2ABC4AD67AF309079333DA9E8A6BDCC3AA1868DFC8D4506E | 10/26/2024<br>10:07:43 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 25 | Info Hash: 544AB86A7475ED16B81949A05448FF8F430A2FCD<br>File Hash:<br>8A6D9FDB081AC7206ED6FA509A8CFE6D19F5D3023086B3CADE6E22BEA09C8715 | 10/26/2024<br>04:00:40 | Tushy | 10/20/2024 | 11/18/2024 | PA0002500925 |
| 26 | Info Hash: 2CFAA2EA21170119320165654D584217FC0BB3EA<br>File Hash:<br>0015775B7DC4440A76FF748A92A1ADF3958CC73450C8BAC88EBE6FD4149AA876 | 10/25/2024<br>23:20:31 | Blacked | 10/20/2024 | 11/18/2024 | PA0002501002 |
| 27 | Info Hash: C324B5EC56B9B56380608136E4AFEC1A09A9104C<br>File Hash:<br>42B0628ED2AEBB3479CFE1FBABC3DC7890152CB7DE61EE8C65CBDF21C44B6C9C | 10/25/2024<br>20:08:25 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |